IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA     §
§
v.                              §           No. 3:26-CR-132-N
§
TITO MARRERO           §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **ORDERS** under 18 U.S.C. § 4241(d) that Defendant Tito Marrero is committed to the custody of the Attorney General. The Attorney General shall hospitalize Defendant Marrero for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

Under 18 U.S.C. § 4241(e), when the director of the facility in which Defendant Marrero is hospitalized under § 4241(d) determines that Defendant Marrero has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, the director shall promptly file a certificate to that effect with the Clerk of the Court for this district, who will then send a copy of the certificate to Defendant Marrero's counsel and to the attorney for the government.

.

**SO ORDERED** this 19th day of May, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE